# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 6, 2022

Lyle W. Cayce
Clerk

No. 21-30654

Team Contractors, L.L.C.,

*Plaintiff—Appellant*,

*versus*

Waypoint NOLA, L.L.C.,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-CV-1131

Before Clement, Graves, and Costa, *Circuit Judges*.

Per Curiam:[*]

Team Contractors, L.L.C. appeals the district court's order that denies its motion to be declared the prevailing party for the award of attorneys' fees and grants Waypoint NOLA, L.L.C.'s motion for the same. Although the order declares Waypoint as a prevailing party, it does not quantify an amount of attorneys' fees. Because an unquantified award of

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-30654

attorneys' fees is not a final appealable order pursuant to 28 U.S.C. § 1291, we DISMISS this case for want of jurisdiction. *See Thornton v. Gen. Motors Corp.*, 136 F.3d 450, 453 (5th Cir. 1998); *S. Travel Club, Inc. v. Carnival Air Lines, Inc.*, 986 F.2d 125, 131 (5th Cir. 1993).